District Judge Thomas S. Zilly
Magistrate Judge Mary Alice Theiler

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRFAN GOKCE, | ) |
| | ) No. C06-1536-TSZ-MAT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) [~~PROPOSED~~] |
| ALBERTO R. GONZALES, Attorney | ) ORDER EXTENDING |
| General of the United States, et al., | ) DUE DATE FOR FILING |
| | ) OF RETURN |
| Respondents. | ) |
| | ) |

    This matter having come before the Court upon the Respondents' Motion for Extension of Time in which to File Return; and the Court having reviewed the pleadings and materials in this case, it is hereby ORDERED that

//

//

//

ORDER EXTENDING DUE DATE
FOR FILING OF RETURN - 1
(No. C06-1536-TSZ-MAT)

1  Respondent's Motion for Extension of Time in which to File Return is GRANTED.
2  Accordingly, Respondents shall have until January 5, 2007, in which to the file their Return to
3  the Petition for Writ of Habeas Corpus in the above-captioned case.
4  DATED this <u>7th</u> day of December, 2006.

<u>s/ Mary Alice Theiler</u>
United States Magistrate Judge

Presented by:

JOHN McKAY
United States Attorney

<u>/s/Robert P. Brouillard</u>
ROBERT P. BROUILLARD, WSBA #19786
Assistant United States Attorney
Western District of Washington
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
phone:   206-553-7970
fax:     206-553-4073
email: <u>Robert.Brouillard@usdoj.gov</u>

ORDER EXTENDING DUE DATE
FOR FILING OF RETURN - 2
(No. C06-1536-TSZ-MAT)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON  98101
(206) 553-7970