UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| IRFAN GOKCE,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>　　　　Respondents. | CASE NO.  C06-1536-TSZ-MAT<br><br>ORDER TO SHOW CAUSE |

On December 7, 2006, the Court granted respondents' Motion for Extension of Time in which to file a Return and Status Report ("RSR") to petitioner's Petition for Writ of Habeas Corpus.  The Order directed respondents to file a RSR no later than January 5, 2007. (Dkt. #11).  To date, respondents have not filed a RSR.

(1) Accordingly, respondents shall show cause <u>no later than January 31, 2007</u>, why the Petition should not be granted by filing a RSR as provided in 28 U.S.C. § 2243.

(2) The Clerk shall forward a copy of this Order to petitioner and to the Honorable Thomas S. Zilly.

DATED this <u>18th</u> day of January, 2007.

　　　　　　　　　/s/ Mary Alice Theiler
　　　　　　　　　Mary Alice Theiler
　　　　　　　　　United States Magistrate Judge

ORDER TO SHOW CAUSE
PAGE – 1