```
____ FILED      ____ ENTERED
____ LODGED     ____ RECEIVED

JUL 12 2007
           AT SEATTLE
     CLERK U.S. DISTRICT COURT
   WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

06-CV-01536-ORD

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| IRFAN GOKCE,<br><br>Petitioner,<br><br>v.<br><br>ALBERTO R. GONZALES, et al.,<br><br>Respondents. | CASE NO. C06-1536-TSZ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's 28 U.S.C. § 2241 petition, all papers and exhibits in support and in opposition to that petition, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Petitioners' § 2241 petition is DENIED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Theiler.

DATED this 12th day of July, 2007.

THOMAS S. ZILLY
United States District Judge

ORDER OF DISMISSAL
PAGE -1